**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Forrest Stephen BLACK, Defendant–
Appellant.**

**United States of America,
Plaintiff-appellee,**

v.

**Forrest Stephen Black, Defendant-
appellant.**

Nos. 01–7501, 01–8005.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 23, 2002.

Decided Feb. 5, 2002.

Forrest Stephen Black, Appellant Pro Se. Benjamin H. White, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Forrest Stephen Black seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Black,* Nos. CR–90–277; CA–01–41–1 (M.D.N.C. July 23, 2001). We further deny leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*